1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

**FILED**

MAR 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )  2:08 cv 551 LEW KJM
                                          )
12           Plaintiff,                   )  **ORDER REGARDING CLERK'S**
                                          )  **ISSUANCE OF WARRANT FOR**
13      v.                                )  **ARREST OF ARTICLES *IN REM***
                                          )
14 2006 GMC SIERRA 250HD 4WD CREW         )
   CAB SLT, VIN: 1GTHK23236F136831,       )
15 CALIFORNIA LICENSE NUMBER:             )
   7Y78394, and                           )
16                                        )
   2002 GMC ENVOY SLT,                    )
17 VIN: 1GKDT13S222470974,                )
   CALIFORNIA LICENSE NUMBER:             )
18 4XJG348,                               )
                                          )
19           Defendants.                  )
   _____)
20

21      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

22 filed on March 11, 2008, in the United States District Court for

23 the Eastern District of California, alleging that the defendant

24 2006 GMC Sierra 250HD 4WD Crew Cab SLT, VIN: 1GTHK23236F136831,

25 California License Number: 7Y78394, and the defendant 2002 GMC

26 Envoy SLT, VIN: 1GKDT13S222470974, California License Number:

27 4XJG348 (hereafter "defendant vehicles") are subject to

28 forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6)

                                    1

1  for one or more violations of 21 U.S.C. § 841 *et seq.*

2  And, the Court being satisfied that, based on the Verified
3  Complaint for Forfeiture *In Rem* and the affidavit of Drug
4  Enforcement Administration Supervisory Special Agent Jon S.
5  Pickette, there is probable cause to believe that the defendant
6  vehicles so described constitute property that are subject to
7  forfeiture for such violation(s), and that grounds for issuance
8  of a Warrant for Arrest of Articles *In Rem* exist, pursuant to
9  Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or
10 Maritime Claims and Asset Forfeiture Actions;

11 IT IS HEREBY ORDERED that the Clerk for the United States
12 District Court, Eastern District of California, shall issue a
13 Warrant for Arrest of Articles *In Rem* for the defendant vehicles.
14 Dated: 3-13-08

CRAIG M. KELLISON
United States Magistrate Judge