```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  2:08-cv-00551-LEW-KJM
                                     )
12           Plaintiff,              )  APPLICATION AND ORDER FOR
                                     )  PUBLICATION
13      v.                           )
                                     )
14  2006 GMC SIERRA 250HD 4WD CREW   )
    CAB SLT, VIN: 1GTHK23236F136831, )
15  CALIFORNIA LICENSE NUMBER:       )
    7Y78394, and                     )
16                                   )
    2002 GMC ENVOY SLT,              )
17  VIN: 1GKDT13S222470974,          )
    CALIFORNIA LICENSE NUMBER:       )
18  4XJG348,                         )
                                     )
19           Defendants.             )
                                     )
20
```

21      The United States of America, Plaintiff herein, applies for

22 an order of publication as follows:

23      1.   Rule G(4) of the Supplemental Rules for Admiralty or

24 Maritime Claims and Asset Forfeiture Actions (hereafter

25 "Supplemental Rules") provides that the Plaintiff shall cause

26 public notice of the action and arrest to be given in a newspaper

27 of general circulation, designated by order of the Court;

28      2.   Local Rule 83-171, Eastern District of California,

1

1 | provides that the Court shall designate by order the appropriate
2 | newspaper for publication;
3 |     3.    The defendant 2006 GMC Sierra 250HD 4WD Crew Cab SLT,
4 | VIN: 1GTHK23236F136831, California License Number: 7Y78394, and
5 | the defendant 2002 GMC Envoy SLT, VIN: 1GKDT13S222470974,
6 | California License Number: 4XJG348 (hereafter "defendant
7 | vehicles") were seized in the city of Montgomery Creek, in Shasta
8 | County, California.  The DEA published notice of the nonjudicial
9 | forfeiture of the defendant vehicles on November 26, 2007,
10 | December 3 and 10, 2007 in the <u>Wall Street Journal</u>.
11 |     4.    Plaintiff proposes that publication be made as follows:
12 |         a.    One publication;
13 |         b.    In the following newspaper, a legal newspaper of
14 | general circulation, located in the county in which the defendant
15 | vehicles were seized: <u>Record Searchlight</u>;
16 |         c.    The publication is to include the following:
17 |             (1)    The Court, title and number of the action;
18 |             (2)    The date of the arrest/seizure;
19 |             (3)    The identity and/or description of the
20 | property arrested/seized;
21 |             (4)    The name, address, and telephone number of
22 | the attorney for the Plaintiff;
23 |             (5)    A statement that claims of persons entitled
24 | to possession or claiming an interest pursuant to Supplemental
25 | Rule G(5) must be filed with the Clerk and served on the attorney
26 | for the Plaintiff within 30 days after the date of publication;
27 |             (6)    A statement that answers to the Complaint or
28 | a motion under Rule 12 of the Federal Rules of Civil Procedure

1  ("Fed. R. Civ. P.") must be filed and served within 20 days after
2  the filing of the claims and, in the absence thereof, default may
3  be entered and condemnation ordered;
4              (7)  A statement that applications for
5  intervention under Fed. R. Civ. P., Rule 24 by persons claiming
6  maritime liens or other interests shall be filed within the 30
7  days allowed for claims for possession; and
8              (8)  The name, address, and telephone number of
9  the U.S. Marshal and/or Department of Treasury.
10 Dated: March 11, 2008            McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  March 17, 2008.

_____
U.S. MAGISTRATE JUDGE

3