```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08-cv-00551-JAM-KJM |
|---|---|---|
| Plaintiff, | ) | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | ) | |
| 2006 GMC SIERRA 250HD 4WD CREW CAB SLT, VIN: 1GTHK23236F136831, CALIFORNIA LICENSE NUMBER: 7Y78394, and | ) | |
| 2002 GMC ENVOY SLT, VIN: 1GKDT13S222470974, CALIFORNIA LICENSE NUMBER: 4XJG348, | ) | |
| Defendants. | ) | |

This matter came on before the Honorable Magistrate Judge Kimberly J. Mueller on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant vehicles to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. James Makin Love and Gayle Ann Love are held in default;

3. A judgment by default is hereby entered against any right, title or interest of James Makin Love and Gayle Ann Love in the defendant vehicles, a 2006 GMC Sierra 250HD 4WD Crew Cab SLT, VIN: 1GTHK23236F136831, California License Number: 7Y78394, and a 2002 GMC Envoy SLT, VIN: 1GKDT13S222470974, California License Number: 4XJG348;

4. A final judgment is hereby entered, forfeiting all right, title and interest in the defendant vehicles, a 2006 GMC Sierra 250HD 4WD Crew Cab SLT, VIN: 1GTHK23236F136831, California License Number: 7Y78394, and a 2002 GMC Envoy SLT, VIN: 1GKDT13S222470974, California License Number: 4XJG348 to the United States of America, to be disposed of according to law.

5. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 2nd day of July, 2008.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge